OSCN Found Document:RE: Reinstatement of Certificates of Certified Shorthand Reporters

Previous Case

Top Of Index

This Point in Index

Citationize

Next Case

Print Only

RE: Reinstatement of Certificates of Certified Shorthand Reporters2025 OK 28Decided: 04/28/2025THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2025 OK 28, __ P.3d __

FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION.

RE: Reinstatement of Certificates of Certified Shorthand Reporters

ORDER

The Oklahoma Board of Examiners of Certified Shorthand Reporters recommended to the Supreme Court of Oklahoma that the certificate of each of the Oklahoma Certified Shorthand Reporters named below be reinstated as they have complied with the continuing education requirements for 2024 and annual certificate renewal requirements for 2025 and have paid all applicable fees.

IT IS HEREBY ORDERED pursuant to 20 O.S., Chapter 20, App. l, Rules 20 and 23, the certificates of the following shorthand reporters are reinstated from the suspension earlier imposed by this Court:

Name
CSR #
Effective Date of Reinstatement

Dennis Brown
CSR #139
March 4, 2025

Lisa Morgan
CSR #1658
March 10, 2025

Leslie Ruiz
CSR #1854
March 19, 2025

 

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 28TH day of APRIL, 2025.

 

/s/______________________________CHIEF JUSTICE

Rowe, C.J., Kuehn, V.C.J., Winchester, Edmondson, Combs, Gurich, Darby and Kane, JJ., concur.

The Oklahoma Supreme Court
2100 N. Lincoln Blvd., Suite 1
Oklahoma City, OK 73105